**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1882**

VINABEN MANUBHAI PATEL; MANUBHAI PATEL,

      Petitioners,

    v.

ERIC H. HOLDER, JR., Attorney General,

      Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: February 4, 2014     Decided: February 18, 2014

Before KING, AGEE, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Rishi P. Oza, ROBERT BROWN LLC, Cleveland, Ohio, for Petitioners. Stuart F. Delery, Assistant Attorney General, Linda S. Wernery, Assistant Director, Lindsay B. Glauner, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vinaben Manubhai Patel and Manubhai Patel, natives and citizens of India, petition for review of an order of the Board of Immigration Appeals ("Board") dismissing their appeal from the immigration judge's order finding that Vinaben Patel, the primary petitioner, was not eligible for adjustment of status. The Petitioners claim that the Board erred in this regard. We deny the petition for review.

We review administrative findings of fact for substantial evidence and will consider those findings conclusive unless any reasonable adjudicator would have been compelled to conclude to the contrary. Legal issues determined by the Board are reviewed de novo. <u>Abdel-Rahman v. Gonzales</u>, 493 F.3d 444, 448 (4th Cir. 2007). We have thoroughly reviewed the record and conclude that the factual findings are supported by substantial evidence and there was no error regarding the legal issues.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>